# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

**FORT LAUDERDALE**  Date: 10/16/2023  Time: 11:00AM

---

**Defendant:** JEFFRY ARISTA  **J#:**  **Case #:** 23-6485-MJ-HUNT
**AUSA:** AJAY ALEXANDER  **Attorney:** SAAM ZANGENEH (BY PHONE)
**Violation:** 18:U.S.C.§ 1201 KIDNAPPING AND ATTEMPTED KIDNAPPING
**Proceeding:** INITIAL APPEARANCE  **CJA Appt:**
**Bond/PTD Held:** ☐ Yes  ☒ No   **Recommended Bond:**
**Bond Set at:**  **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** ENGLISH

**Disposition:** DEFENDANT PRESENT IN COURT WITH COUNSEL. SAAM ZANGENEH APPEARED BY TELEPHONE. ADVISED OF CHARGES. GOVERNMENT RECOMMENDS DETENTION. COURT GRANTS ORE TENUS MOTION FOR DETENTION HEARING. COURT GRANTS DEFENDANT'S ORE TENUS MOITION TO CONTINUE DETENTION HEARING

---

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:
**Report RE Counsel:** FRIDAY OCTOBER 20, 2023 AT 10 AM DUTY MAGISTRATE
**PTD/Bond Hearing:** FRIDAY OCTOBER 20, 2023 AT 10 AM DUTY MAGISTRATE
**Prelim/Arraign or Removal:** MONDAY OCTOBER 30 2023 AT 11 AM DUTY MAGISTRATE
**Status Conference RE:**
**D.A.R.** 11:06:39-11:16:04  **Time in Court:** 10 MINUTES

Page: Type #