# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

**FORT LAUDERDALE COURTROOM 310**          Date: 10/16/2023   Time: 11:00AM

Defendant: JONATHAN ARISTA          J#:          Case #: 23-6485-MJ-HUNT
AUSA: AJAY ALEXANDER                         Attorney: BRAD COHEN
Violation: 18:U.S.C.§1201 KIDNAPPING AND ATTEMPTED KIDNAPPING
Proceeding: INITIAL APPEARANCE          CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No          Recommended Bond:
Bond Set at:                                    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language:

Disposition: DEFENDANT PRESENT IN COURT WITH COUNSEL. SAAM ZANGENEH STANDING IN FOR BRAD COHEN (BY PHONE) ADVISED OF CHARGES. GOVERNMENT RECOMMENDS DETENTION. COURT GRANTS ORE TENUS MOTION FOR DETENTION HEARING. COURT GRANTS DEFENSE COUNSEL ORE TENUS MOTION TO CONTINUE DETENTION HEARING.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel: FRIDAY OCTOBER 20 2023 AT 10:00 AM DUTY MAGISTRATE
PTD/Bond Hearing: FRIDAY OCTOBER 20 2023 AT 10:00 AM DUTY MAGISTRATE
Prelim/Arraign or Removal: MONDAY OCTOBER 30 2023 AT 11 AM DUTY MAGISTRATE
Status Conference RE:
D.A.R. 11:06:39-11:16:04                              Time in Court: 10 MINUTES

Page: Type #